**Donna Fox BOLDIN, Plaintiff—Appellant,**

v.

**Alison WINGFIELD; Ceciley Huselin, Defendants—Appellees.**

No. 10–2089.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 3, 2010.

Donna Fox Boldin, Appellant Pro Se. Sherwood Sunderland Day, Day & Current Law Offices, Lynchburg, Virginia, for Appellees.

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Fox Boldin appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Boldin v. Wingfield,* 403 Fed. Appx. 830, 2010 WL 4950590 (W.D.Va. Sept. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*